IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID B. BROWN, | |
| Petitioner, | 4:24CV3153 |
| vs. | |
| ROB JEFFREYS, | MEMORANDUM AND ORDER |
| Respondent. | |

This matter is before the Court on Respondent's Response, Filing No. 19, to the Court's February 6, 2025, Memorandum and Order, Filing No. 18, requiring Respondent to show cause why Petitioner had not received Respondent's summary judgment materials as required. Respondent filed his Response on February 6, 2025, and indicated the materials were mailed to Petitioner as certified but that, out of an abundance of caution, Respondent would mail another set of the required filings to Petitioner along with the Response. On February 14, 2025, Petitioner filed his Brief in Opposition to the Motion for Summary Judgment, Filing No. 20, in which he responded to Respondent's arguments in support of summary judgment and certified that he mailed his brief for filing with the Clerk of the Court and sent a copy to Respondent on February 6, 2025.

In light of Respondent's Response and Petitioner's submission of a brief in opposition to Respondent's summary judgment motion, the Court is satisfied that Petitioner has received the required summary judgment materials. Accordingly,

IT IS ORDERED that:

1. In accordance with the Court's February 6, 2025, Memorandum and Order, Filing No. 18, Petitioner's deadline to file his brief in opposition to Respondent's summary judgment motion is extended to February 14, 2025, and his brief, Filing No. 20, filed on that date is deemed timely filed.

2. In accordance with the Court's progression order, Filing No. 7, Respondent shall have until March 17, 2025, to file and serve a reply brief.

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **March 17, 2025**: deadline for Respondent's reply brief.

Dated this 18th day of February, 2025.

BY THE COURT:

*John M. Gerrard*
_____
John M. Gerrard
Senior United States District Judge