IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID B. BROWN,<br><br>    Petitioner,<br><br>vs.<br><br>ROB JEFFREYS,<br><br>    Respondent. | 4:24CV3153<br><br>**ORDER** |

  This matter is before the Court on its own motion. In reviewing Respondent's Designation of State Court Records, Filing No. 12, the Court noticed that the copy of Petitioner's state district court motion for post-conviction relief, Filing No. 12-4, is incomplete as it consists of only the final one-page verification and certificate of service, but omits the other thirty pages of the motion. Accordingly, to ensure a complete record in this case,

  IT IS ORDERED that:

  1. Respondent shall file a complete copy of Petitioner's state district court motion for post-conviction relief as a supplement to the Designation of State Court Records, Filing No. 12, by August 28, 2025.

  2. The Clerk of Court is directed to set a pro se case management deadline using the following text: **August 28, 2025**: deadline for Respondent to supplement designation with complete copy of Filing No. 12-4.

  Dated this 14th day of August, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge
